The Tribune Company, appellant, v. Emery Motor Livery Company, appellee. Gen. No. 32,784.

Opinion filed December 19, 1928. Rehearing denied January 2, 1929.

George A. Schneider, for appellant. Green & Rice, for appellee; Charles E. Green, of counsel.

Mr. Justice Wilson delivered the opinion of the court.